**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03149-LTB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

GARY C. SNISKY,

      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon Defendant's Unopposed Motion to Stay Civil Proceedings Pending Resolution of Parallel Federal Criminal Action (Doc 10 - filed January 6, 2014) and Plaintiff's Response (Doc 11 - filed January 7, 2014), it is

      ORDERED that Defendant's Motion is **GRANTED**.  This matter is STAYED **up to and including June 30, 2014**.  The parties are directed to file a status report **on or before June 30, 2014**.

Dated: January 7, 2014