**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03149-LTB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

GARY C. SNISKY,

      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Pro Se Continued Unopposed Motion to Stay Civil Proceedings Pending Resolution of Parallel Federal Criminal Action (Doc 16 - filed June 30, 2014) is **GRANTED**.

      The stay previously entered by this Court is continued **to and including January 30, 2015**. The parties are directed to file status reports **every 60 days.**

Dated: July 1, 2014

---