**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03149-LTB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

GARY C. SNISKY,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Renew Stay (Doc 21 - filed February 12, 2015) is **GRANTED**.

    The stay previously entered by this Court is continued.  A status report regarding this matter should be filed **on or before June 22, 2015**.

Dated: February 13, 2015