**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-03149-LTB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

v.

GARY C. SNISKY,

       Defendant.
_____

**ORDER**
_____

       Upon Plaintiff's Status Report (Doc 23) filed June 22, 2015, it is

       ORDERED that the stay previously entered in this matter is VACATED and this matter is returned to the active docket.

       IT IS FURTHER ORDERED that Defendant shall file an answer or other responsive pleading to Plaintiff's Complaint **on or before July 23, 2015** failing which Defendant may be subject to the entry of a default judgment.

                                     BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED:   June 23, 2015