IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-03149-LTB

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

GARY C. SNISKY,

    Defendant.

## DEFAULT JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 55(b) and the Order entered by the Honorable Lewis T. Babcock on August 11, 2016, and incorporated herein by reference as if fully set forth, it is

ORDERED that Plaintiff United States Securities and Exchange Commission's Motion for Default Judgment is GRANTED.  It is

FURTHER ORDERED that Mr. Snisky, his agents, employees, and all persons in active concert or participation with them, are permanently restrained and enjoined from violating, directly or indirectly, Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 [15 U.S.C. §§ 77e(a), 77e(c), and 77q(a)]; Sections 10(b) and 15(a) of the Securities Exchange Act of 1934 [15 U.S.C. §§ 78j(b) and 78(o)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]; Sections 206(1), (2), and (4) of the Investment Advisors Act of 1940 [15 U.S.C. §§ 80b-6(1), 80b-6(2), and 80b-6(4)], and Rule 206(4)-8 thereunder [17 C.F.R. § 275.206(4)-8]; and Section 7(a) of the Investment Company Act of 1940 [15 U.S.C. § 80a-7].  It is

FURTHER ORDERED that Mr. Snisky is ordered to pay the Commission $2,531,032.00 in disgorgement and $244,122.00 in prejudgment interest on disgorgement, to be offset by any payment of restitution Mr. Snisky makes in his related criminal case, No. 13-CR-00473-RM.  It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiff United States Securities and Exchange Commission and against Defendant Gary C. Snisky.  It is

FURTHER ORDERED that Plaintiff United States Securities and Exchange Commission shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  12th  day of August, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/E. Buchanan
E. Buchanan, Deputy Clerk